IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**Michael A. Walker, Jr.**                                                                                               **Plaintiff**

v.                                    No. 3:12–CV–068–JTR

**Michael J. Astrue, Commissioner,**
**Social Security Administration**                                                                          **Defendant**

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is so ordered this 17th day of October, 2012.

_____
United States Magistrate Judge