IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL WALKER, JR.                                                    PLAINTIFF

V.                              NO. 3:12CV00068 JTR

CAROLYN W. COLVIN,
Commissioner, Social
Security Administration                                                DEFENDANT

## ORDER

Pending before the Court is Plaintiff's Motion requesting an award of attorney's fees under the Equal Access to Justice Act ("EAJA"). (Docket entry #15).

Plaintiff's attorney, Anthony W. Bartels, requests a total payment of $2,683.40, consisting of: (1) 12.80 hours of attorney work at the hourly rate of $181; (2) 4.65 hours of paralegal work at the hourly rate of $75; and (3) $17.85 in expenses. The Commissioner does not object to Plaintiff's request. (Docket entry #17).

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of attorney's fees and expenses under the EAJA, and that the amount requested is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the EAJA (docket entry #15) is GRANTED. IT IS FURTHER ORDERED that Plaintiff is awarded $2,683.40 in attorney's fees and expenses under the EAJA.

Dated this 2nd day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE